**Order entered September 9, 2015**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00610-CV

**DONALD L. WISE, Appellant**

**V.**

**VONDA LEA MITCHELL, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-03556-2**

## ORDER

We **DENY** appellee's motion to dismiss the appeal.

We **GRANT** appellant's second motion for an extension of time to file a brief. Appellant shall file a brief by **SEPTEMBER 28, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE